IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINETTE EDMOND COLLINS,<br><br>*Plaintiff*,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY AND AETNA INC.,<br><br>*Defendants*. | Civ. No. 1:19-cv-01400<br><br>Hon. Ronald A. Guzman |

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Linette Edmond Collins ("Plaintiff") and Defendants Aetna Life Insurance Company and Aetna Inc. ("Defendants") (collectively, "the Parties"), through their respective counsel, hereby stipulate as follows:

1. Plaintiff filed the Complaint on February 26, 2019, ECF No. 1, and an Amended Complaint on May 13, 2019, ECF No. 32. Defendants assert that Plaintiff is bound to individually arbitrate her claims and were prepared to file a motion to compel individual arbitration.

2. The Parties stipulate that the above case be dismissed *without prejudice* and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

3. Subject to and without waiving any of their defenses to Plaintiff's claim (including but not limited to any and all defenses as to the timeliness of Plaintiff's original filing in this case and all jurisdictional defenses), Defendants and their subsidiaries and affiliates, including Aetna Medicaid Administrators, LLC, agree to toll the statute of limitations for Plaintiff's individual Fair Labor Standards Act and individual Illinois Minimum Wage Law claim from the date the Complaint was filed through July 20, 2019, to the extent that Plaintiff files such claims in arbitration.

4. Plaintiff in turn agrees that if she re-files these claims in arbitration, she will file only an individual arbitration and she will not file class or collective arbitration claims.

Respectfully submitted,

By: */s/ Douglas M. Werman*
Douglas M. Werman
Maureen A. Salas
Sarah J. Arendt
Zachary C. Flowerree
WERMAN SALAS P.C.
77 West Washington St., Suite 1402
Chicago, Illinois 60602
Tel: (312) 419-1008
Email: dwerman@flsalaw.com
      msalas@flsalaw.com
      sarendt@flsalaw.com
      zflowerree@flsalaw.com

Travis M. Hedgpeth
THE HEDGPETH LAW FIRM, PC
3050 Post Oak Blvd., Suite 510
Houston, Texas 77056
Tel: (281) 572-0727
Email: travis@hedgpethlaw.com

Jack Siegel
SIEGEL LAW GROUP PLLC
2820 McKinnon, Suite 5009
Dallas, Texas 75201
Tel: (214) 790-4454
Email: jack@siegellawgroup.biz

*Counsel for Plaintiff*

Date: May 22, 2019

By: */s/ Sari M. Alamuddin (with consent)*
Sari M. Alamuddin
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, 32nd Floor
Chicago, IL 60601-5094
Tel: 312.324.1158
Fax: 312.324.1001
Email: sari.alamuddin@morganlewis.com

Michael J. Puma (admitted *pro hac vice*)
W. John Lee (admitted *pro hac vice*)
Lauren Marzullo (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
Email: michael.puma@morganlewis.com
      john.lee@morganlewis.com
      lauren.marzullo@morganlewis.com

*Counsel for Defendants*

Date: May 22, 2019